```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

HEARTLAND HOTEL CORPORATION,
an Iowa corporation domesticated
in Arkansas; and KEY HOSPITALITY
AND HEALTHCARE LIMITED PARTNERSHIP,
an Arknsas limited partnership                              PLAINTIFFS

            v.         Civil No. 07-2147

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, an insurance
company doing business in the State
of Arkansas; NATIONAL SURETY CORPORATION,
an insurance company doing business in
the State of Arkansas; and CHARTER OAK
FIRE INSURANCE COMPANY, an insurance
company doing business in the State of
Arkansas                                                     DEFENDANT

HLT EXISTING FRANCHISE HOLDING LLC, as
successor-in-interest to Doubletree
Hotel Systems, Inc., and HILTON HOTELS
CORPORATION                                                 INTERVENORS

## O R D E R

Now on this 15th day of December, 2008, come on for consideration **Defendant's Motion For Reconsideration** (document #96) (filed by separate defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), and **Defendant National Surety Corporation's Motion For Reconsideration Pursuant To F.R.C.P. 54(b)** (document #98). The Court has reviewed both motions, the responses thereto, and a reply brief as well, and finds no good and sufficient basis to reconsider its earlier decision on the motions for summary judgment in this case. **Defendant's Motion For Reconsideration** (document #96), and

**Defendant National Surety Corporation's Motion For Reconsideration Pursuant To F.R.C.P. 54(b)** (document #98), are, therefore, **denied.**

    IT IS SO ORDERED.

                                                /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**